IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANITA KANAIYALAL PATEL,           *
                                  *
        Plaintiff,                *
                                  *
    v.                            *    CV 624-071
                                  *
UR JADDOU, Director for USCIS,    *
and THE UNITED STATES,            *
                                  *
        Defendants.               *

O R D E R

Before the Court is Plaintiff's notice of dismissal without prejudice. (Doc. 4.) Defendants have not yet served an answer or motion for summary judgment. Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA